# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUSSIE, 64105-050, <br>     Plaintiff, <br> v. <br> DR. LADDY, <br>     Defendant(s). | Case No. 21-cv-02924-CRB (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff Anthony Bussie filed this pro se civil rights action complaining about events and omissions occurring at the Federal Medical Center – Butner (FMC – Butner), located in Granville County, North Carolina, where he currently is housed. Granville County is within the venue of the Eastern District of North Carolina. See 28 U.S.C. § 113(a). The defendant, Dr. Laddy, is a psychiatrist at FMC – Butner and apparently resides in the Eastern District of North Carolina. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of North Carolina and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action shall be TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: May 24, 2021

_____
CHARLES R. BREYER
United States District Judge